IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01908–MSK–KMT

ESTATE OF MARCUCCI, by and through its personal representative, WILLIAM SILVI and WILLIAM SILVI, individually,

    Plaintiff,

v.

GLOBE LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

The "Joint Motion to Vacate Scheduling Conference" (Doc. No. 9, filed Oct. 6, 2011) is GRANTED. The Scheduling Conference set for October 13, 2011 is VACATED.

It is further ORDERED that the Scheduling Conference is **reset** for **November 14, 2011 at 9:00 a.m.** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

Dated: October 7, 2011